Honorable Thomas S. Zilly

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHLEEN A. MELHART, MARK MELHART, individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAELS STORES, INC., a foreign corporation; ENVIROSCENT, INC. d/b/a SCENTSICLES; JOHN DOE MANUFACTURERS 1 through 10; JOHN DOE CORPORATIONS 1 through 10; and JOHN DOE individuals 1 through 10,<br><br>Defendants. | No. 2:19-cv-01632-TSZ<br><br>ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT MICHAELS STORES, INC. |

THIS MATTER came before the Court on counsels' Stipulated Motion to Withdraw and Substitute Counsel for Defendant Michaels Stores, Inc., docket no. 18. The Court, having considered the papers submitted in support of this motion, and noting Plaintiffs' non-opposition, finds that the motion should be granted.

NOW, THEREFORE, it is hereby ORDERED that the Stipulated Motion to Withdraw and Substitute Counsel for Defendant Michaels Stores, Inc. is GRANTED such that (1) Kathleen A. Nelson, Jennifer E. Aragon and Erica St. Louis of Lewis Brisbois Bisgaard & Smith, LLP are withdrawn from this case as counsel of record and (2) D. Michael Reilly and Charles C. Huber of Lane Powell PC be substituted as counsel for the Defendant Michaels Stores, Inc. This order is effective immediately.

DATED this 28th day of February, 2020.

*/s/ Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL - 1
USDC WD WA 2:19-cv-01632-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4816-9047-0326.1

Presented by:

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*s/Kathleen A. Nelson*
Kathleen A. Nelson, WSBA #22826

*s/Jennifer E. Aragon*
Jennifer E. Aragon, WSBA #45270

*s/Erica St. Louis*
Erica St. Louis, WSBA #28793

1111 Third Avenue, Suite 2700
Seattle, Washington 98101
(206) 436-2020 / (206) 436-2030 Fax
Kathleen.Nelson@lewisbrisbois.com
Jennifer.Aragon@lewisbrisbois.com
Erica.StLouis@lewisbrisbois.com
Withdrawing Attorneys for Defendant Michaels Stores, Inc.

**LANE POWELL PC**

*s/D. Michael Reilly*
D. Michael Reilly, WSBA #14674

*s/Charles C. Huber*
Charles C. Huber, WSBA #18941

1420 Fifth Avenue, Suite 4200
Seattle, Washington 98101
(206) 223-7000 / (206) 223-7107 Fax
reillym@lanepowell.com
huberc@lanepowell.com
Appearing Attorneys for Defendant Michaels Stores, Inc.

ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL - 2
USDC WD WA 2:19-cv-01632-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4816-9047-0326.1

Approved as to Form:

**OTOROWSKI MORROW & GOLDEN, PLLC**

*s/Lara A. Wilcox*
Lara A. Wilcox, WSBA #43229

*s/Christopher L. Otorowski*
Christopher L. Otorowski, WSBA #8248

298 Winslow Way West
Bainbridge Island, Washington 98110
(206) 842-1000 / (206) 842-0797 Fax
LW@MediLaw.com
CLO@MediLaw.com
Attorneys for Plaintiffs Kathleen and Mark Melhart

**MURRAY, DUNHAM & MURRAY**

*s/William W. Spencer*
William W. Spencer, WSBA #9592

*s/Jennifer P. Murray*
Jennifer P. Murray, WSBA #35344

100 West Harrison
North Tower, Suite 340
Seattle, Washington 98119
(206) 622-2655 / (206) 684-6924 Fax
William@murraydunham.com
Jennifer@murraydunham.com
Attorneys for Defendant Enviroscent, Inc. d/b/a Scentsicles

ORDER GRANTING STIPULATED MOTION TO
WITHDRAW AND SUBSTITUTE COUNSEL - 3
USDC WD WA 2:19-cv-01632-TSZ

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4816-9047-0326.1