UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN A. MELHART, et al.,

Plaintiffs,

v.

MICHAELS STORES INC., et al.,

Defendants.

C19-1632 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs' stipulated motion to continue dates related to trial, docket no. 20, is GRANTED. The Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for **9:00 AM** on | **April 26, 2021** |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | December 1, 2020 |
| All motions related to discovery must be filed by | December 31, 2020 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 14, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of October, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1