UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN A MELHART and
MARK MELHART,

           Plaintiffs,

  v.

MICHAELS STORES INC.,
ENVIROSCENT INC,
JOHN DOE MANUFACTURERS 1-10, JOHN DOE CORPORATIONS 1-10, and JOHN DOE 1-10,

           Defendants.

C19-1632 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having granted Plaintiffs' unopposed motion to continue the trial date, docket no. 32, and having reviewed the parties' Joint Status Report, docket no. 33, the Court issues the following amended schedule:

| | |
|---|---|
| **JURY TRIAL** set for **9:00 AM on** | **October 25, 2021** |
| Length of trial | 5–10 days |
| Joinder of Parties due by | March 31, 2021 |
| Amended Pleadings due by | April 5, 2021 |
| Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by | April 5, 2021 |

MINUTE ORDER - 1

| | | |
|---|---|---|
| 1 | All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see LCR 7(d)) | May 20, 2021 |
| 2 | | |
| 3 | Discovery completed by | July 5, 2021 |
| 4 | Dispositive Motions due by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | August 5, 2021 |
| 5 | | |
| 6 | Motions related to expert witnesses (e.g., Daubert motion) due by and noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | August 12, 2021 |
| 7 | | |
| 8 | Deadline to exchange all documentary exhibits proposed for trial | August 25, 2021 |
| 9 | | |
| 10 | Deadline to file written objections to the proposed documentary exhibits | September 23, 2021 |
| 11 | Motions in Limine due by and noted on the motions calendar no later than the Friday before the Pretrial Conference (see LCR 7(d)(4)) | September 23, 2021 |
| 12 | | |
| 13 | Pretrial Order due[1] by | October 8, 2021 |
| 14 | Trial Briefs to be submitted by | October 8, 2021 |
| 15 | Proposed Voir Dire/Jury Instructions due by | October 8, 2021 |
| 16 | Pretrial Conference set for **10:00 AM on** | **October 15, 2021** |

Notwithstanding Local Civil Rule 16.1, the exhibit list shall be prepared in table format with the following columns: "Exhibit Number," "Description," "Admissibility Stipulated," "Authenticity Stipulated/Admissibility Disputed," "Authenticity Disputed," and "Admitted." The latter column is for the Clerk's convenience and shall remain blank, but the parties shall indicate the status of an exhibit's authenticity and admissibility by placing an "X" in the appropriate column. Duplicate documents shall

---

[1] The Agreed Pretrial Order shall be filed in CM/ECF and shall also be attached as a Word compatible file to an e-mail sent to the following address: ZillyOrders@wawd.uscourts.gov.

MINUTE ORDER - 2

not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.

The original and one copy of the trial exhibits are to be delivered to the courtroom at a time coordinated with Gail Glass, who can be reached at 206-370-8522, no later than the Friday before trial.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.  Each exhibit shall be clearly marked.  Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit; any other party's exhibits shall be numbered consecutively beginning with the next multiple of 100 after defendant's last exhibit.  For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200; if defendant's last exhibit number is 321, then any other party's exhibits shall begin with the number 400.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of February, 2021.

                                                     William M. McCool
                                                   Clerk

                                                   s/Gail Glass
                                                 Deputy Clerk

MINUTE ORDER - 3