UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN A. MELHART; and MARK MELHART, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAELS STORES INC.; ENVIROSCENT INC.; JOHN DOE MANUFACTURERS 1-10; JOHN DOE CORPORATIONS 1-10; and JOHN DOE 1-10, <br><br> Defendants. | C19-1632 TSZ <br><br> ORDER |

Counsel having advised the Court that this matter has been resolved, *see* docket no. 44, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

Dated this 24th day of August, 2021.

Thomas S. Zilly
United States District Judge

ORDER - 1